The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 71.59.168.162,<br><br>Defendant. | Case No.: 3:17-cv-05955-TSZ<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 71.59.168.162 are voluntarily dismissed *without prejudice*. Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

DATED this 18th day of April, 2018

FOX ROTHSCHILD LLP

_s/ Bryan J. Case_
Bryan J. Case, WSBA #41781
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE
(3:17-cv-05955-TSZ)

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

1

55653608.v1

1

I hereby certify that on April 18, 2018, I electronically filed the foregoing document with

2

the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and

3

interested parties through this system.

4

5

By:   s/ *Bryan J. Case*

6

Bryan J. Case

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE
(3:17-cv-05955-TSZ)

28

FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

2

55653608.v1