UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE (24.18.38.215);<br>JOHN DOE (71.231.142.237);<br>JOHN DOE (73.225.38.130);<br>JANE/JOHN DOE (76.22.118.13);<br>JOHN DOE (50.54.142.188);<br>JANE DOE (71.231.108.136);<br>JOHN DOE (71.231.164.231);<br>JANE DOE (71.59.168.162);<br>JANE DOE (73.254.159.175),<br><br>Defendants. | C17-1729 TSZ<br>C17-1730 TSZ<br>C17-1731 TSZ<br>C17-1732 TSZ<br>C17-1733 TSZ<br>C17-5952 TSZ<br>C17-5954 TSZ<br>C17-5955 TSZ<br>C17-5956 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation of the parties in Case No. C17-1731, docket no. 33, the deadline for plaintiff to file a responsive pleading or motion in connection with defendant's amended counterclaims, docket no. 32, is EXTENDED to May 31, 2018.

(2) Plaintiff's motion for entry of default in Case No. C17-1732, docket no. 16, is DENIED. In its sealed response to the Rule 45 subpoena served by plaintiff, Comcast identified the subscribers as Jane/John Doe, and summons was issued consistently with the information provided by Comcast. Summons was served only on John Doe. Given the confusion about who is the appropriate defendant, the Court declines to enter default at this time.

MINUTE ORDER - 1

(3) In Case Nos. C17-1729, C17-1730, C17-1733, C17-5952, C17-5954, C17-5955, and C17-5956, plaintiff has voluntarily dismissed its claims with prejudice, without any explanation. Plaintiff's counsel is DIRECTED to file an affidavit, signed under penalty of perjury, on or before June 8, 2018, indicating the reasons for such dismissals and, to the extent that settlement was the basis, showing cause why plaintiff and/or its attorneys should not be sanctioned for failing to comply with the Court's directive not to communicate directly with any defendant for any purpose until further order of the Court. Such affidavit shall also (i) explain why no response to the Rule 45 subpoena was submitted by Frontier Communications in C17-1733, (ii) explain why summons was (a) not served in C17-5954, and (b) not requested in C17-5955 and C17-5956, and (iii) disclose the amount of any settlements. To the extent that settlement amounts are set forth in the affidavit, the affidavit may be filed under seal by referencing this Minute Order and without a separate motion to seal.

(4) The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of May, 2018.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 2